JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ANTHONY J. SUTTON,<br>　　　　Defendants. | No.  CV 13-1008 PA<br>　　　CR 02-106 PA<br><br>JUDGMENT |

　　Pursuant to the Court's April 15, 2013 Order Denying Petitioner Anthony J. Sutton's Motion for Relief Pursuant to 28 U.S.C. § 2255,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED: April 15, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE